**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1974**

———————

ROBERT E. LIPSCOMB, ex rel., United States of
America,

                                    Plaintiff - Appellant,

        versus


THE STATE OF MARYLAND, at the District Court,
Worcester County, Ocean City, Maryland; SNOW
HILL, MARYLAND,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-99-
1599-MJG)

———————

Submitted:  September 30, 1999        Decided:  October 6, 1999

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert E. Lipscomb, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert E. Lipscomb appeals the district court's order remanding this action to the Maryland state court after finding no basis for removal pursuant to 28 U.S.C. § 1443(1) (1994), and order denying his motion filed under Fed. R. Civ. P. 59(e).  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Lipscomb v. Maryland, No. CA-99-1599-MJG (D. Md. June 17 & July 2, 1999).*  We deny Lipscomb's motions for appointment of counsel, for amicus brief, for conditional dismissal, and for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court's order denying the removal petition is marked as "filed" on July 1, 1999, the district court's records show the judgment was entered on the docket sheet on July 2, 1999.  Pursuant to Fed. R. Civ. P. 58 and 79(a), we consider the date the judgment was entered as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).